## CRISP v. STATE.

### No. 22211.

Court of Criminal Appeals of Texas.

June 17, 1942.

A. J. Smith, Jr., of Stamford, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted for the offense of burglary, and his punishment assessed at two years confinement in the penitentiary.

The record is before us without a statement of facts or bills of exceptions. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The indictment and all other matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.